**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, EDWARD H. CHIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>EDWARD H. CHIN,<br><br>                    Defendant. | CASE NO. 6:16-mj-00043-MJS<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE TO NOVEMBER 15, 2016; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, EDWARD CHIN, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently set for October 11, 2016, at 10:00 a.m. be continued until November 15, 2016, at 10:00 a.m.

///

///

///

///

///

///

STIPULATION TO CONTINUE INITIAL
APPEARANCE TO NOVEMBER 15, 2016;
[PROPOSED] ORDER THEREON

1

Mr. Chin lives in the Bay Area. He has an important work commitment on October 11, 2016. Mr. Chin respectfully requests to continue his initial appearance to November 15, 2016 at 10:00 a.m.

Dated: September 14, 2016                    /s/ Carol Ann Moses
                                             CAROL ANN MOSES
                                             Attorney for Defendant,
                                             EDWARD CHIN

Dated: September 14, 2016                    /s/ Susan St. Vincent
                                             SUSAN ST. VINCENT
                                             Legal Officer
                                             National Park Service

## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Initial Appearance for Edward Chin that is currently scheduled for October 11, 2016, at 10:00 a.m. shall be continued to November 15, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 16, 2016            /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL
APPEARANCE TO NOVEMBER 15, 2016;
[PROPOSED] ORDER THEREON

2