1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636N. Ingram Ave., #104
   Fresno, California  93720
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4
5  Attorney for Defendant, EDWARD H. CHIN

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 6:16-mj-00043-MJS |
   |---|---|
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 8, 2017; ORDER THEREON** |
13 | v. | |
14 | EDWARD H. CHIN, | |
15 | Defendant. | |

16

17
   **IT IS HEREBY STIPULATED** by and between the Defendant, EDWARD CHIN, his
18
   attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service,
19
   SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently
20
   set for January 31, 2017, at 10:00 a.m. be continued until March 8, 2017, at 10:00 a.m.
21
22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO CONTINUE STATUS
CONFERENCE TO MARCH 8, 2017;
ORDER THEREON

1

Defense counsel has jury duty on January 31, 2017.

Dated: January 26, 2017          /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 EDWARD CHIN


Dated: January 26, 2017          /s/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Legal Officer
                                 National Park Service


ORDER

The Court, having reviewed the above Stipulation, accepts it and adopts it as the order of this Court, and HEREBY ORDERS that the Status Conference for Edward Chin in case number 6:16-mj-00043-MJS, currently scheduled for January 31, 2017, be continued to March 8, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 27, 2017            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS
CONFERENCE TO MARCH 8, 2017;
ORDER THEREON

2